IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH HARVEY TINCHER,

    Petitioner,                    No. CIV S-08-1721 DAD P

    vs.

D.K. SISTO,

    Respondent.               ORDER

_____/

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 18, 2008, respondent filed his answer and on December 22, 2008, petitioner filed his traverse. This action is now submitted.

        On August 29, 2008, petitioner filed the court's form consenting to Magistrate Judge jurisdiction over all proceedings in this case

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to serve the respondent's attorney of record with the court's form regarding consent or request for reassignment.

DATED: January 20, 2009.

DAD:4
tin1721.consent

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE