IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH HARVEY TINCHER,

    Petitioner,                      No. CIV S-08-1721 DAD P

    vs.

D. K. SISTO,

    Respondent.                ORDER

        Petitioner has filed a request to proceed in forma pauperis on appeal. Good cause appearing therefor, IT IS HEREBY ORDERED that petitioner is granted in forma pauperis status on appeal.

DATED: July 23, 2010.

                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:6
tincher1721.101b

1